**Order entered January 27, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00592-CR**
**No. 05-22-00593-CR**

**THE STATE OF TEXAS, Appellant**

**V.**

**RUBEN A. LARA-ALVARADO, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F20-61117-U, F20-61118-U**

**ORDER**

The clerk's records in these appeals is overdue. The clerk's record was due July 20, 2022. When it was not filed, we notified Dallas County District Clerk Felicia Pitre by postcard dated July 22, 2022, directing that the record be filed by August 21, 2022. When it was not filed, we ordered Dallas County District Clerk Felicia Pitre to file the clerk's record by November 22, 2022. To date, the clerk's record has not been filed.

So that these appeals can proceed, we **ORDER** Dallas County District Clerk Felicia Pitre to file the clerk's records in these cases **no later than FEBRUARY 13, 2023.**

We **DIRECT** the Clerk to send copies of this order to the Honorable Stephanie Huff, Presiding Judge, 291st Judicial District Court; Felicia Pitre, Dallas County District Clerk; and to counsel for all parties.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE